IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DORITA L. MALONE**<br>**Plaintiff,** | : CIVIL ACTION<br>:<br>: |
| v. | :<br>: NO. 05-CV-2991 |
| **MICHAEL J. ASTRUE,**<br>**COMMISSIONER OF SOCIAL SECURITY**<br>**Defendant.** | :<br>:<br>: |

## ORDER

AND NOW, this ___9th___ day of September, 2008, upon consideration of the parties' submissions in regards to Plaintiff's motion for summary judgment, and after careful review of the Report and Recommendation filed by United States Magistrate Judge Timothy R. Rice (Doc. 15), and , **IT IS HEREBY ORDERED AND DECREED** that:

1. The Report and Recommendation dated August 14, 2008, is **APPROVED** and **ADOPTED**;

2. This matter is **REMANDED** to the Commissioner for review consistent with this report and recommendation.

BY THE COURT:

_____
Hon. Petrese B. Tucker, U.S.D.J.